UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CHUKWUMA E. AZUBUKO                                              PLAINTIFF

VS.                                           CIVIL ACTION NO. 3:11cv735-DPJ-FKB

CITY OF BOSTON, UNKNOWN BOSTON
POLICE/TICKET OFFICER,
JUDGE JOHN C. CRATSLEY                                          DEFENDANTS

ORDER

This matter is before the Court on Plaintiff's Second Motion for Reconsideration [8]. Plaintiff, proceeding *pro se*, filed this action alleging violations of his constitutional rights under 42 U.S.C. § 1983, among other things. Plaintiff's Complaint indicated that all Defendants were Massachusetts residents and that the conduct underlying Plaintiff's claims also occurred in Massachusetts. Acting *sua sponte*, the Court transferred the case for improper venue under 28 U.S.C. § 1406(a) to the United States District Court for the District of Massachusetts. Order [4] July 23, 2012. Accordingly, this transfer closed the case. Plaintiff subsequently filed a motion [6] seeking relief from the Order transferring the case to the District of Massachusetts. In its November 26, 2012 text-only Order, the Court denied Plaintiff's motion for the same reasons stated in the July 23, 2012 Order. Plaintiff again filed a motion seeking reconsideration, which the Court likewise denied in its December 12, 2012 text-only Order. And although incorrectly captioned as his second, Plaintiff has now filed a third motion [8] seeking reconsideration.

For the reasons stated in the Court's Order [4] transferring Plaintiff's case to the District of Massachusetts, it is therefore ORDERED that Plaintiff's Second Motion for Reconsideration

[8] is DENIED. It is further ORDERED that the Clerk of the Court shall not docket any additional reconsideration motions filed by Plaintiff and that such motions should be returned.

**SO ORDERED AND ADJUDGED** this the 23rd day of January, 2013.

s/ *Daniel P. Jordan III*<br>UNITED STATES DISTRICT JUDGE